QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
Vailula Tui Cascio                    **OK/HAV**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | ) No. CR S-05-0330 DFL |
| Plaintiff, ) | ) |
| v. ) | ) **STIPULATION AND [PROPOSED]** ) **ORDER** |
| ) | |
| VAILULA TUI CASCIO, ) | |
| Defendant. ) | |
| _____) | |

        Plaintiff United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Vailula Cascio, by his counsel, Federal Defender Quin Denvir, hereby stipulate and agree that the status conference currently calendared for September 15, 2005, should be continued to Thursday, October 6, 2005,

/ / / / /

/ / / / /

/ / / / /

/ / / / /

1

at 10:00 a.m. and that time should be excluded under Local Code T-4 through that date.

```
                                  Respectfully submitted,

                                  MCGREGOR SCOTT
                                  United States Attorney


DATED:  September 13, 2005        /s/ Quin Denvir
                                  Telephonically authorized to sign for
                                  JASON HITT
                                  Assistant U. S. Attorney



DATED:  September 13, 2005        /s/ Quin Denvir
                                  QUIN DENVIR

                                  Attorney for Defendant
                                  VAILULA TUI CASCIO
```

**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: September _15, 2005

```
                          _____
                          DAVID F. LEVI
                          United States District Judge
```

U.S. v. Cascio
05cr0330
Stip/Proposed Order                2