```
QUIN DENVIR, Bar #49374
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700                         OK/HAV


Attorney for Defendant
VAILULA TUI CASCIO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-0330 DFL |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED ORDER] |
| v. ) | |
| VAILULA TUI CASCIO, ) | Date: October 6, 2005 |
| ) | Time: 10:00 A.M. |
| Defendant. ) | Judge: Hon. David F. Levi |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of October 6, 2005 be vacated and a new date of October 20, 2005 at 10:00 a.m. be set for a Change of Plea.

Defense counsel and the government are involved in plea negotiations regarding a number of issues. There is a possibility that Mr. Cascio may ultimately plead guilty in the absence of an agreement with the government. Accordingly, counsel needs the additional time to explain the legal and factual issues involved to Mr. Cascio and for him to decide how to proceed.

It is further stipulated and agreed between the parties that the period beginning October 6, 2005 to October 20, 2005, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: October 5, 2005

                                Respectfully submitted,

                                QUIN DENVIR
                                Federal Defender

                                /S/NED SMOCK
                                NED SMOCK
                                Assistant Federal Defender
                                Attorney for Defendant
                                VAILULA TUI CASCIO

                                MCGREGOR W. SCOTT
                                United States Attorney

Dated:  October 5, 2005
                                /S/JASON HITT
                                JASON HITT
                                Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: 10/7/05

                                DAVID F. LEVI
                                United States District Judge